Tony UMEKWE, also known
as Anthony Umekwe,
Appellant,

v.

BAPTIST ALLIED HEALTH, Appellee.

No. 01–3337.

United States Court of Appeals,
Eighth Circuit.

Submitted May 22, 2002.

Decided June 4, 2002.

Before LOKEN, BEAM, and RILEY,
Circuit Judges.

PER CURIAM.

Tony Umekwe appeals from the district court's [1] dismissal of his complaint under Federal Rule of Civil Procedure 41(b) after he failed to appear at trial. We conclude that the district court did not abuse its discretion in dismissing the case upon determining that Umekwe did not explain adequately why he was unable to arrive in the courtroom at the scheduled time. *See Wright v. Sargent,* 869 F.2d 1175, 1175–77 (8th Cir.1989) (per curiam).

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.